# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PHILLIP SHOVLIN**

                     **Plaintiff,**

-vs-                                       **Case No. 6:08-cv-1988-Orl-22KRS**

**WORLDQUEST RESORT PARTNERS, LLC,**

                     **Defendant.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 39) filed on February 1, 2010.

The United States Magistrate Judge has submitted a report recommending that case be dismissed because the Plaintiff has abandoned the case.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed February 1, 2010 (Doc. No. 39) is ADOPTED and CONFIRMED and made a part of this Order.

2.      This case is hereby DISMISSED WITHOUT PREJUDICE.

3.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 19, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge